IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                              CASE NO.  4:93cr4018-WS

**MARTALIUS WILLIAMS,**                  DOCKET NO. 4:05mj154-WCS

        Defendant.
_____/

## O R D E R

The Defendant appeared before the undersigned on a first appearance today to answer to the charges of violating his supervised release.

Accordingly, it is **ORDERED** that the Defendant shall appear before Senior Judge Stafford on **January 26, 2006**, beginning at 2:00 P.M., for a revocation hearing.  Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on December 13, 2005.


                                            S/ William C. Sherrill, Jr.
                                            **WILLIAM C. SHERRILL, JR.**
                                            **UNITED STATES MAGISTRATE JUDGE**